UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

TYRESS B. DAVIS,

Plaintiff,

v. Case No. 6:07-cv-887-Orl-31KRS

WARDEN CHARLES E. GERMANY, et al.,

Defendants.

---

**AMENDED ORDER**

1. Plaintiff's amended motion to proceed *in forma pauperis*, construed from Plaintiff's filing of a prisoner consent form and financial certificate, (Doc. No. 10), is **GRANTED** to the extent that the case may proceed without the prepayment of the entire filing fee.

2. Plaintiff is hereby assessed the total $350.00 filing fee in this case. Plaintiff shall be required to make monthly payments of twenty percent of the preceding month's income (that is, all funds deposited into the account) credited to the account. The agency having custody of Plaintiff shall forward payments from the Plaintiff's account on a monthly basis to the Clerk of Court each time the amount in the account exceeds $10.00. These payments shall continue until the filing fee of $350.00 is paid in full. A check from a penal institution, a cashier's check, or a money order should be made payable to "Clerk, U.S. District Court." Personal checks will not be accepted. The following information shall either be included on the face of the check from the penal institution, cashier's check, or money order or attached thereto: (1) the full name of the prisoner; (2) the prisoner's inmate number (#14655); and, (3) Middle District of Florida Case Number (6:07-cv-887-Orl-31KRS). Checks or money orders which do not have this information will be returned to the penal institution.

3. Plaintiff is warned that he/she is ultimately responsible for payment of the filing fee if the agency with custody over him/her lapses in its duty to make payments on his/her behalf. For this reason, if Plaintiff is transferred to another jail or correctional institution, Plaintiff should ensure that

the new institution is informed about this lawsuit and the required monthly payments as set out herein. Plaintiff is advised to retain a copy of this Order for this purpose.

4. The **Clerk of Court** shall **MAIL** a copy of this Order and the Prisoner Consent Form (Doc. No. 9) to: Department of Corrections, 2601 Blair Stone Road, Tallahassee, FL 32399-2500, Attention: Anthony Miller.

**DONE AND ORDERED** at Orlando, Florida, this 10th day of July, 2007.



KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies to:
pslc 7/9
Tyress B. Davis